IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 268

| | |
|---|---|
| **REGROUP DEVELOPMENT, LLC, a Florida Corporation,** | )<br>)<br>) |
| **Plaintiff** | )<br>) |
| v | ) **ORDER**<br>)<br>) |
| **RABUN COUNTY BANK, a Georgia Corporation,** | )<br>)<br>) |
| **Defendant** | )<br>) |

**THIS MATTER** is before the court pursuant to the court's review of the Complaint in this matter. In the Complaint, the plaintiff's allegations concern a dwelling house and real property described as "located at 281 Breckonridge Trail in Sapphire, North Carolina". (Doc. 1, ¶ 5). Later in the Complaint, plaintiff describes that perhaps the property is located in Jackson County, North Carolina and plaintiff alleges "the Note was secured by a Deed of Trust recorded at Book 1734, Page 855 of the Jackson County, North Carolina Registry". (Doc. 1, ¶ 10). It appears to the court that this case could well have been filed in the wrong division; that is in the Asheville Division and should be more appropriately administered through the Bryson City Division of the Western District of North Carolina. The court will order that plaintiff and defendant's counsel report on or before January 5, 2012 to the court in writing as to the appropriate division in which this matter should be administered. A scheduling order will not be entered until such report has been filed due to the fact that the determination of the appropriate division will determine the date of trial.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that plaintiff and defendant report to the court on or before **January 5, 2012** as to the appropriate division of this court in which this matter is to be administered and heard.

Signed: December 20, 2011

Dennis L. Howell
United States Magistrate Judge